■ RICHARD PIOTROWSKI, Respondent, v McGUIRE MANOR, INC., Appellant. (Appeal No. 2.) [984 NYS2d 910]—Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered March 18, 2013. The order denied defendant's motion to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.